People v Rosa
2026 NY Slip Op 03985
June 24, 2026
Appellate Division, Second Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, respondent,
v
Nathan Rosa, appellant.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department
Decided on June 24, 2026
2015-03356, (Ind. No. 5302/13)
Betsy Barros, J.P.
Francesca E. Connolly
Angela G. Iannacci
James P. McCormack, JJ.

Nathan Rosa, Stormville, NY, appellant pro se.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove and Keith Dolan of counsel), for respondent.

[*1]
DECISION & ORDER
Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 9, 2019 (People v Rosa, 176 AD3d 878), affirming a judgment of the Supreme Court, Kings County, rendered April 15, 2015.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).
BARROS, J.P., CONNOLLY, IANNACCI and MCCORMACK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court